**<u>Exhibit 8</u>**



UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | Kyra Isabel Nelson | Ch. 13 |
| | Debtor(s). | 24-41202-EDK |

**Proceeding Memorandum and Order**

**MATTER:**

#147 Objection of Wells Fargo Bank, NA to Confirmation of Third Amended Chapter 13 Plan

**Decision set forth more fully as follows:**

OVERRULED. Wells Fargo Bank, N.A. has not cited to any law that would require the Debtor to include the claim of Wells Fargo Bank, N.A. in the Debtor's Chapter 13 plan. However, the Court notes that the Court overruled the Debtor's objection to the proof of claim filed by Wells Fargo Bank, N.A. and has ruled that Wells Fargo Bank, N.A. has an allowed protective secured claim with respect to its mortgage on 65 Lovers Lane in Groton, Massachusetts (the "Property") [Docket #130]. Because Wells Fargo Bank, NA's claim is not provided for by the Debtor's Chapter 13 plan, confirmation of the plan would not affect the validity of Wells Fargo Bank, N.A.'s secured claim pursuant to 11 U.S.C. § 1327. *See In re Bowman*, 649 B.R. 541, 554-55 (Bankr. N.D. Cal. 2021), aff'd, 630 F. Supp. 3d 1216 (N.D. Cal. 2022). Furthermore, nothing in this Order affects Wells Fargo Bank, NA's *in rem* rights in the Property or Wells Fargo Bank, NA's right to proceed to enforce it's nonbankruptcy rights regarding the Property in light of the Court's order granting relief from the automatic stay [Docket #131].

The request to bar the Debtor from further pro se filings is DENIED WITHOUT PREJUDICE.

Dated: 05/07/2025

By the Court,

Elizabeth D. Katz
United States Bankruptcy Judge